## Loretta O'Donnell and F. Millard Oakes, Appellees, v. Cecilia Sullivan and William C. Sullivan, her Husband, Appellants.

### Gen. No. 46,268.

Dowd, Connell & Dowd, for appellants; John J. Dowd, and George T. Murphy, Jr., of counsel; Thomas H. Alcock, for appellees. Opinion by JUSTICE FRIEND. Not to be published in full. Opinion filed June 11, 1954; rehearing denied June 29, 1954; released for publication June 29, 1954.